**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**Henry Ricky LANZ, Petitioner**

**No. 270 WAL 2016**

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**James Monroe BALDWIN, Petitioner**

**No. 257 WAL 2016**

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**Jerrel BIRCH, Petitioner**

**No. 332 EAL 2016**

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**